# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **WILLIAM FERRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 4:17-cv-01407** |
| **v.** ) | |
| ) | |
| **NATIONAL ENTERPRISE SYSTEMS, INC.;** ) | |
| **and DOE 1-5,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| _____ ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that plaintiff WILLIAM FERRIS and defendant

NATIONAL ENTERPRISE SYSTEMS, INC. have reached a settlement in the above-captioned

case. Plaintiff expects the structured settlement to be consummated by April 13, 2018, at which

time Plaintiff expects to file a Dismissal of the entire action.

March 6, 2018

 s/Robert Amador
Robert Amador, Esq.
Attorney for Plaintiff WILLIAM FERRIS
(Attorney-in-charge; Pro Hac Vice)
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com

## <u>CERTIFICATE OF SERVICE</u>

We certify that on this date, March 6, 2018, we electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to the

following parties receiving ECF notices:

Keith Wier
MAURICE WUTSCHER LLP
13785 Research Blvd., Suite 125
Austin, Texas 78750
Attorney for the Plaintiff

<u>s/Robert Amador</u>
Robert Amador, Esq.
Attorney for Plaintiff WILLIAM FERRIS
(Attorney-in-charge; Pro Hac Vice)
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com