United States District Court
Southern District of Texas
**ENTERED**
April 02, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM FERRIS, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-1407 |
| NATIONAL ENTERPRISE SYSTEMS, INC., *et al*, | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed on March 22, 2018, it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 04/02/2018.

_____
The Honorable Alfred H. Bennett
United States District Judge